UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
Southern Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
May 17 2023
ARTHUR JOHNSTON, CLERK

SALINAS MARBLE
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

FORREST Co. HOSPITIA ET. AL.,
FORREST Co. ET.A.I.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.    2:23-cv-74-TBM-RPM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SALINAS MARBLE
Street Address: 7508 LESTER St.
City and County: Moss Point / Jackson Co.
State and Zip Code: Mississippi / 39563
Telephone Number: 228-990-6592 - 228-938-8403
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

*Not charging Police — I would like to commend them*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: FORREST GENERAL HOSPITAL
Job or Title (if known):
Street Address: 6051 U.S. HIGHWAY 49
City and County: HATTISBURG / FORREST
State and Zip Code: MISSISSIPPI 39401
Telephone Number: (601) 288-7000
E-mail Address (if known): FACEBOOK.COM

Defendant No. 2
Name: DR. DOE JOHN
Job or Title (if known): Doctor
Street Address: 6051 US HIGHWAY 49
City and County: HATTISBURG / FORREST
State and Zip Code: MISSISSIPPI 39401
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: NURSE, JANE DOE
Job or Title (if known): NURSE
Street Address: 6051 US HIGHWAY 49
City and County: HATTISBURG / FORREST
State and Zip Code: MISSISSIPPI 39401
Telephone Number: (601) 288-7000
E-mail Address (if known):

Defendant No. 4
Name: Randy NEIL
Job or Title (if known): SSI
Street Address: 3901 Regent AVE.
City and County: Moss Point / Jackson Co.
State and Zip Code: Mississippi 39561
Telephone Number: —
E-mail Address (if known): —

Page 2 of 5

SALIDAS, MARBLE — PLAINTIFF
VS.
FORREST CO. HOSPITAL ET. AL.
                                    DEFENDANT

P.1

5. DAVID JACKSON (Called the shot or Act)
   Ret. MISSISSIPPI BEAURA OF NARCOTICS
   Donnie Brook Farms on Grandbay, Wilmer Rd.
   Grandbay / Mobile Co.
   Alabama / 36541

6. SHERIFF HAVARD, DOE
   GEORGE CO. SHERIFF'S OFFICE
   LUCEDALE / GEORGE CO.
   MISSISSIPPI / 39452

7. CENTURY BANK OF LUCEDALE ET. AL.
   (601)-947-6242
   GEORGE CO / LUCEDALE
   MISSISSIPPI / 39452

8. Chad Hutchinson & his Black son
   Ret. Fed - ?        Possible ↑ MURDERER
   Donnie Brook Farms on Grandbay, Wilmer
   Grandbay / Mobile
   Alabama / 36541

9. REGIONS IN PASCAGOULA & TILLMANS CORNER
   251-431-8162 BANKS (228)-312-9770

              NEXT PAGE         39567 — 36619
                                 PAS      T.C.

SALINAS MARBIE
vs.

p. 4

9. REGIONS - BANK OF PASCAGOULA
(228)-312-9770
PASCAGOULA / JACKSON Co.
MISSISSIPPI / 39567

10. TILLMANS CORNER - BANK OF MOBILE
251-431-8160
TILLMANS CORNER / MOBILE
Alabama / 36619

11. STEVE HAVARD
228-363-6697
3901 REGENT AV.
MOSS POINT / JACKSON Co.
MISSISSIPPI / 39562

12. WILKS TRUCKING CO. DOE ET. AL.

MOBILE / MOBILE
Alabama / 36619

13. JERRY MINCHEW
(228)-363-6697
Moss Point / Jackson Co.
MISSISSIPPI / 39563

14. Thomas Stringfellow
(228)-363-6697
Moss Point / Jackson Co.
MISSISSIPPI / 39563

SALINAS MARBIE
vs.
FORREST Co. HOSPITAl P.2

15. DONNIE JACKSON
GRANdbAY WIlMER Rd. @ DONNIE BOOK FARMS
MObIlE Co./ GRANdbAY
AlAbAMA / 36541
N/A

16. OWbItE JACKSON & TANYA MCVEY
GRANdbAY WIlMER Rd. @ DONNIE BROOK FARMS
GRANdbAY/ MObIlE Co.
AlAbAMA / 36541

17. DElilAh SAYER (OR) DOE SAYRE
(228) 363-6691
MossPoInt / JACKSON Co.
MISSISSIPPI / 39563

18. FORREst Co. SHERIFF's & Police
(601) 545-6148
55 ARENA DR. HAttIsbURG, Ms.
HAttIsbURG / FORREst Co.
MISSISSIPPI / 39401

19. ARChIE PItHS
BARNS Rd.
Moss PoInt / JACKSON Co.
MISSISSIPPI / 39563

20. John PItHS JR.
BARNS Rd.
Moss PoInt / JACKSON Co.
MISSISSIPPI / 39563

LOCK TRUCKS  P. 3

21. Both of the Pascagoula Lock trucks
39567 Pascagoula / Jackson Co.
39564 Ocean Springs / Jackson Co.
39553 Gautier / Jackson Co.
Mississippi / 39567

22. Monkey McLamore Doe
(228)-363-6697
Moss Point / Jackson Co.
Mississippi / 39563

23. All Film shot by defendants Paul Re'Ally, Jerry Minchew, Thomas Stringfellow, Randy Neil, David Jackson, Chad Hutchinson Blackson. Court ordered please sir.
It is very needed. It has things that my daughter cannot remember, plus they filmed it.

24. Kathy King Jackson
Grandbay Wilmer Rd, Donnie Brook Farms
Grand Bay / Mobile
Alabama / 36541

ER          OP      P. 5

25. John Doe Doctor & Surgeon
    Forrest Co. Hospital
    6051 U.S. 49
    Hattisburg | Forrest Co.
    Mississippi | 39401

    ER          OP
26. Jane Doe, Nurses & Surgeon
    Forrest Co. Hospital
    6051 U.S. 49
    Hattisburg | Forrest Co.
    Mississippi | 39401

27. Taskforce Members
    Jackson Co. Taskforce
    ?              ?

28. Caleb Marble & David Marble
    Ex Son In Law
    Polktown Rd.
    Hurley | Jackson Co.
    Mississippi | 39555

29. Donna McDonald
    Mothers House    ?    ? 228-627-7071
    Escatawpa | Jackson Co.
    Mississippi | 39552

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

__1600 TRILLION__

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __SALINAS AHIA__, is a citizen of the State of *(name)* __MISSISSIPPI__.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* ____, is incorporated under the laws of the State of *(name)* ____, and has its principal place of business in the State of *(name)* ____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* ____, is a citizen of the State of *(name)* ____. Or is a citizen of *(foreign nation)* ____.

    b. If the defendant is a corporation
The defendant, (name) __FORREST Co.__, is incorporated under the laws of the State of (name) __MISSISSIPPI__, and has its principal place of business in the State of (name) __MISSISSIPPI__.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) __MISSISSIPPI__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__1600 Trillion Land, Money, Houses, Cows, or Anything of Value__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__There is only one plaintiff, but there was a nail strip and Randy Neil and Paul really was the hit men, for David Jackson__

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__Plaintiff lost all memory, all motorskills for a while, could and cannot hardly talk at all — All kinds of surgeries, and mostly trying to tear up her memory.__

JOEL B. AHLERS LIED TO US, And plans to sell it to other LAWYERS

## FACTS OF THE CASE P.1

FACT 1 · I, AS A FATHER OF A CHILD that had just had a WRECK that was lied to, And given BRAIN surgery FOR two small places RANdy Neil And PAUL Re'Ally had hit her In the head with AN old hAmmer of A Judge that had A ⊙ small Piston, with A BiggeR, But only slightly Around the small Piston, And A Big hAmmer on the other side for ▦ I guess In the old days, And It A mAsons Temple hAmmer or not, but PAUL Re'Ally sAid to ME "I hit her the hardest" So RAndy NEIL (Doe) PAUL Re'Ally And Thomas Stringfellow, who Just wAlked out And sAid "the whole tAsk Force wAs there, And In on It" There wAs two holes In her head that only Needed A BAndAge At the most, the nurse Mr. RANdy Neil Doe, sAid Asked her so I Atleast know he wAs there. He stAted that the nurse Ask her " Are you ReAdy to go see your Mother (who Is dead, And Mr. Neil Doe KNEW And mA[y] hAve EveN did something

FROM PAGE 1

STARTED by Joel

## Facts of the Case P.2

My Ex-wife him and his people are murders, but the other attepts were thawated by GOD, but qualify for the American Terrorist Act, and Human crimes, Hate crimes. If you are wondering what the other crimes if they are Infact crimes as some are and some are not, but nobody would Investigate this crime not the cops, not the FBI, not the Anybody In Jackson Co. Because of the people that are In on NVIDIA Corp. Credit Card Sized Computer If It Is Dr. Frank Martin and Dr. Brian Pitrie.

From page 1 → My daughters statment. "My daughter responded "no, I have two small kids I need to get home to" She was In need of Bandages only, And I saw, And gave the X-Ray to a Nurse In, Ocean Springs Hospital." Your Honor I Hope you feel as or atleast as I Know you do" And the Hospital would not give us Any of her Belongings and would not let me see her Just Incase she

Facts of the Case P.3

An F.B.I. Agent, even calling places like Social Security telling them it was okay for Paul Really to cash a federal check on me, and Vinny Patel cashed it who knew me, and has the Georgia One Stop. Who I plan to sue in Case 200 against David Jackson, Dr. Petrie, Dr. Martin, Randy Doe Niel, Paul Really, and many banks, people, and entities. I have been through a very bad ordeal and David Jackson orders all my trucks and cars to be torn up. I have no ride to even get home and I have to try to run or head up this investigation. They now have a way to put an unrated, it's unpatented, by Nvidia Corp. whom I am going to sue for this fuze and other fuzes that can be put in your fuze box and see through the lights of buildings (courthouses) and through jury's, judges, and in cars it also sees through your clothes and gives off low frequencies.

*And still is so messed up it's TERRIBLE*

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 

Signature of Plaintiff: *Salines Morble*

Printed Name of Plaintiff: *Scalines Morble*

#### B. For Attorneys

Date of signing: 

Signature of Attorney: 

Printed Name of Attorney: Joel B. Ahia

Bar Number: PRO. SE.

Name of Law Firm: AHIA'S CIVIL Rights & MORE

Street Address: 7060 Walther Rd

State and Zip Code: Alabama 36541

Telephone Number: 228-990-6592 or (228)-938-8403

E-mail Address: