SALINAS MARGIE
P.O. Box 1323
Escatawpa, MS.

Forrest Co. Federal
Court House
701 N. Main St. #216
Hattiesburg, MS 39401



UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

FROM:

TO: