IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**SALINAS MARBLE**                                                                                            **PLAINTIFF**

v.                                                                              CIVIL ACTION NO. 2:23-cv-74-TBM-RPM

**FORREST GENERAL HOSPITAL,** *et al*                                                              **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on the submission of the Report and Recommendation [12] entered by United States Magistrate Judge Robert P. Myers on September 26, 2023. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute. This CASE is CLOSED.

THIS, the 15th day of November, 2023.

                                              TAYLOR B. McNEEL
                                              UNITED STATES DISTRICT JUDGE